IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAYMOND J. WERNER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D15-4549

FLORIDA COMMISSION ON
OFFENDER REVIEW and
FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

Opinion filed March 8, 2016.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Appellant Raymond J. Werner, pro se.

Sarah Rumph, General Counsel, Tallahassee for Appellee Florida Commission on Offender Review. Barbara Debelius, Assistant General Counsel, Tallahassee for Appellee Department of Corrections.

PER CURIAM.

     AFFIRMED.

WOLF, ROWE, and MAKAR, JJ., CONCUR.